**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000679
11-APR-2024
08:02 AM
Dkt. 18 ODSD**

NO. CAAP-23-0000679

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
PAUL H. STERN, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH KONA DIVISION
(CASE NO. 3DCW-23-0001204)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before January 18, 2024, and February 20, 2024, respectively;

(2) Self-represented Defendant-Appellant Paul H. Stern (Stern) failed to file either document, or request an extension of time;

(3) On March 4, 2024, the appellate clerk entered a default notice informing Stern that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on March 14, 2024, for appropriate action, which could include dismissal of

the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Stern could request relief from default by motion; and

(4) Stern has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, April 11, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge